**Slip Op. 05-155**

**United States Court of International Trade**

---

THE PILLSBURY COMPANY.

          Plaintiffs,

  v.

UNITED STATES,

          Defendant,

Before: Pogue, Judge

Court No. 03-96

---

**ORDER**

IT IS HEREBY ORDERED that the opinion and judgment in <u>The Pillsbury Company v. United States</u>, Slip Op. 05-51 (CIT Apr. 19, 2005), is hereby vacated and withdrawn following the parties' Stipulation of Judgment on Agreed Statement of Facts dated November 29, 2005.

                            <u>/S/ Donald C. Pogue</u>
                            Donald C. Pogue, Judge

December 6, 2005
New York, New York